UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| FITNESS MANAGEMENT GROUP, ) | Case No. 09-31863 |
| INC., ET AL., ) | |
| ) | (Chapter 11) |
| ) | |
| Debtor. ) | |

MOTION OF BOULEVARD INVESTMENT PROPERTIES, LLC TO ALLOW AND
COMPEL IMMEDIATE PAYMENT OF POST-PETITION RENTS

  NOW COMES Boulevard Investment Properties, LLC ("Boulevard"), by and through cousel, pursuant to 11 U.S.C. § 365(d)(3) and 503(b) and respectfully requests the Court to allow and compel the immediate payment of post-petition rents and in support of thereof shows unto the Court the following:

  1. On July 10, 2009, Fitness Management Group, Inc. ("Fitness") filed for relief under Chapter 11, Title 11 of the United States Bankruptcy Code.

  2. On March 16, 2010, the Court entered a Final Order confirming Amended Chapter 11 Plan of Liquidation which set forth, amongst other things, that creditors had sixty (60) days from the entry of said Order in which to file administrative expense claims.

  3. Boulevard is a landlord pursuant to a commercial real estate lease dated September 19, 2006 between Boulevard and Peak Fitness XI, LLC for premises consisting of approximately 30 square feet located at 3900 Durham-Chapel Hill Boulevard, Durham, North Carolina (the "Lease"). A true and accurate copy of the Lease is attached hereto and incorporated herein by reference as Exhibit "A".

  4. Boulevard filed a Proof of Claim on November 11, 2009 in the amount of $184,568.23. The claim includes $28,277.91 for July of 2009, which should be bifurcated to include an administrative expense claim for the period July 10, 2009 through July 31, 2009 in the amount of $20,068.19.

  5. The Debtor has occupied the premises during the pendency of the bankruptcy proceeding and has paid post-petition except for the bifurcated portion of July 2009 rent due.

  6. Pursuant to the Debtor's Confirmed Plan of Liquidation, the lease has been rejected.

7. Under 11 U.S.C. § 365(d)(3), the "trustee shall timely perform all the obligations of the debtor, except those specified in section 365(b)(2), arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected, notwithstanding section 503(b)(1) of this title." The Debtor has failed to comply with Section 365(d)(3) in that it has not paid for post-petition amounts due for July of 2009.

8. The total amount of rent due for July of 2009 is $28,277.91. As such, the pro rata amount due for the post-petition amount of July $20,068.19.

9. Boulevard is entitled to an Order allowing the $20,068.19 of post-petition rent as an administrative expense under Section 365(b)(3), and ordering the Debtor to immediately pay said rent due.

10. In addition, Boulevard is entitled to an Order allowing $20,068.19 as an administrative expense under Section 503(b) as costs of preserving the estate.

WHEREFORE, it is respectfully requested the Court allow the sum of $20,068.19 in post-petition rent as an administrative expense under Sections 365(d)(3) and 503(b) of the Bankruptcy Code and order the Debtor to immediately pay the sum of $19,156.00 pursuant to Section 365(d)(3).

THIS the 26th day of March, 2010.

s/Dirk W. Siegmund
Dirk W. Siegmund
NCSB #20796

**OF COUNSEL:**

**IVEY, MCCLELLAN, GATTON & TALCOTT, L.L.P.**
P.O. Box 3324
Greensboro, NC  27402-3324
Telephone: (336) 274-4658
Facsimile: (336) 274-4540

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FITNESS MANAGEMENT GROUP, | ) | Case No. 09-31863 |
| INC., ET AL., | ) | |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |

### NOTICE OF HEARING

Boulevard Investment Properties, LLC, through undersigned counsel, has filed a Motion to Allow and Compel Immediate Payment of Post-Petiton Rents.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to allow the relief sought in the motion or objection, or if you want the Court to consider your views on the Motion or Objection, then on or before April 13, 2010, you or your attorney may:

1) File with the Court a written response (an answer explaining your position) at:

United States Bankruptcy Court
Western District of North Carolina
Charlotte Division
P.O. Box 34189
Charlotte, NC  28234-4189

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date states above.

2) If you file a response, you must mail a copy to:

Dirk W. Siegmund                              Bankruptcy Administrator
Ivey, McClellan, Gatton & Talcott, LLP        402 West Trade Street
100 S. Elm Street, Suite 500                  Charlotte, NC  28202
Greensboro, NC  28204-2826

    3)    A hearing will be held on **April 14, 2010 at 9:30 a.m.**, United States Bankruptcy Court, 401 West Trade Street, Suite 200, Charlotte, North Carolina.

**All interested parties may attend and be heard.  (If you do not oppose this Motion/Objection, you do not have to attend**).

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:   March 26, 2010

                                          s/Dirk W. Siegmund
                                          Dirk W. Siegmund
                                          NCSB #20796

**OF COUNSEL:**

**IVEY, MCCLELLAN, GATTON & TALCOTT, L.L.P.**
P.O. Box 3324
Greensboro, NC  27402-3324
Telephone: (336) 274-4658
Facsimile: (336) 274-4540

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FITNESS MANAGEMENT GROUP, | ) | Case No. 09-31863 |
| INC., ET AL., | ) | |
| | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 26, 2010 copies of the foregoing Motion to Allow and Compel Immediate Payment of Post-Petition Rents and Notice of Hearing were served via ECF or via US Mail as follows:

James H. Henderson                       (Electronically)
Haley Mathews Jonas
Mollie T. James
Attorneys for Debtor
1201 Harding Place
Charlotte, NC  28204

Wayne Sigmon                               (Electronically)
Attorney at Law PLLC
518 South New Hope Road
Gastonia, NC  28054

US Bankruptcy Administrator          (Electronically)
402 W. Trade Street, Suite 200
Charlotte, NC  282302

ABC Financial Services, Inc.           (Electronically)
c/o Hamilton Moon Stephens
201 S. College Street, Suite 2020
Charlotte, NC  28244

All Points Capital Corporation        (Electronically)
c/o Matthew T. McKee, Esq.
Rogers Townsend & Thomas, PC
2701 Coltsgate Road, Suite 300
Charlotte, NC  28211

Bank of the Carolinas                 (Electronically)
c/o Daniel C. Bruton, Esq.
Bell, Davis & Pitt, PA
100 N. Cherry St., Ste. 600

P.O. Box 21029
Winston-Salem, NC  21029
Best Buy Stores, LP                            (Electronically)
c/o Hillary B. Crabtree, Esq.
Moore & Van Allen PLLC
100 N. Tryon St., Ste. 4700
Charlotte, NC  28202-4003

Bonita H. Blood                                (Electronically)
c/o B. Chard Ewing, Esq.
Womble Carlyle Sandridge & Rice
301 South College St., Ste. 3500
Charlotte, NC  28202-6037

Richard Henry Blood Jr.                        (Electronically)
B. Chad Ewing, Esq.
Womble Carlyle Sandridge & Rice
301 South College St., Ste. 3500
Charlotte, NC  28202-6037

CAR Fuquay Crossing, LLC                       (Electronically)
c/o Nelson Glenn Harris, Esq.
Harris & Hilton, PA
7320 Six Forks Rd., Ste. 100
P.O. Box 19808
Raleigh, NC  27615

CSide, LLC                                     (Electronically)
c/o Kristin Decker Ogburn, Esq.
Horack, Talley Pharr & Lowndes, PA
Suite 2600, One Wachovia Center
301 S. College Street
Charlotte, NC  28202

Centro Bradley SPE 7, LLC                      (Electronically)
c/o Phillip W. Paine, Esq.
Howard Stallings From & Hutson, PA
P.O. Box 12347
Raleigh, NC  27606

DRA/CLP Esplanade, LP                          (Electronically)
c/o John H. Capitano, Esq.
Kennedy Covington Lobdell & Hickman
214 North Tryon Street 47th Floor
Charlotte, NC  28202

Duke Energy Carolinas, LLC                     (Electronically)
c/o Russell R. Johnson, III, Esq.
Law Firm of Russell R. Johnson, III, PLLC
2258 Wheatlands Drive
Manakin-Sabot, VA  23103

E.L. Morrison Lumber Co., Inc.  (Electronially)
c/o K. Todd Phillips, Esq.
Hartsell & Williams, PA
P.O. Box 368
Concord, NC  28026

FirstLease, Inc.  (Electronially)
c/o Gregory P. Chocklett, Esq.
Law Offices of Gregory P. Chocklett
711 Harvey Street
Raleigh, NC  27608

Food Lion, LLC  (Electronically)
c/o John T. Benjamin, Jr., Esq.
c/o William E. Hubbard, Esq.
Law Offices of John T. Benjamin, Jr., PA
712 West North Street
Raleigh, NC  27603

Fuzion Investment Capital, LLC  (Electronically)
c/o N. Hunter Wyche, Jr., Esq.
Smith Debnam Narron Wyche
Saintsing & Myers, LLP
P.O. Box 26268
Raleigh, NC  27611-6268

Harris Teeter, Inc.  (Electronically)
c/o Kenneth Lautenschlager, Esq.
Johnston, Allison & Hord, PA
P.O. Box 36469
Charlotte, NC  28236

Lyon Financial Services, Inc. d/b/a  (Electronically)
USBancorp Manifest Funding Services
c/o Caren D. Enloe, Esq.
Smith Debnam Narron Drake
Saintsing & Myers, LLP
P.O. Drawer 26268
Raleigh, NC  27611-6268

Macrolease Corporation  (Electronically)
c/o James R. Langdon, Esq.
Moore & Van Allen, PLLC
100 N. Tryon Street, Floor 47
Charlotte, NC  28202-4003

Matthews Center LP                              (Electronically)
c/o Kristin Decker Ogburn, Esq.
Horack, Tally, Pharr & Lowndes, PA
Suite 2600, One Wachovia Center
301 S. College Street
Charlotte, NC  28202

Metropolitan Life Insurance Company             (Electronically)
c/o Gregg P. Hirsch, Esq.
Associate General Counsel
Law Department
MetLife Group
1095 Avenue of the Americas
New York, NY  10036

Mohawk Carpet Corporation                       (Electronically)
c/o Lee A. Peindl,Esq.
Mullen Holland & Cooper, PA
P.O. Box 488
Gastonia, NC  28053-0488

North Carolina Attorney General                 (Electronically)
Consumer Protection Division
c/o Kimberly Lea Wierzel, Esq.
c/o David N. Kirkman, Esq.
NC Department of Justice
114 West Edenton Street
Raleigh, NC  27603

OFC Capital Corporation                         (Electronically)
c/o Natalie Scurry, Alston, Esq.
Moore & Van Allen,PLLC
100 North Tryon, Suite 4700
Charlotte, NC  28202

PMT Partners V, LLC                             (Electronically)
c/o Kristin Decker Ogburn, Esq.
Horack, Talley, Pharr & Lowndes, PA
Suite 2600, One Wachovia Center
301 S. College Street
Charlotte, NC  28202

Peak Properties I, LLC                          (Electronically)
c/o June K. Allison, Esq.
Wishart, Norris Henninger & Pittman, PA
6832 Morrison Boulevard
Charlotte, NC  28211

Piedmont Natural Gas                              (Electronically)
c/o Russell R. Johnson, III, Esq.
Law Firm of Russell R. Johnson III, PLLC
2258 Wheatlands Drive
Manakin-Sabot, VA  23103

RBR Properties, Inc.                              (Electronically)
c/o B. Chad Ewing, Esq.
Womble Carlyle Sandridge & Rice, PLLC
301 South College St., Ste. 3500
Charlotte, NC  28202-6037

Edward F. Sampson                                 (Electronically)
c/o N. Hunter Wyche, Jr., Esq.
Smith Debnam Narron Wyche
Saintsing & Myers, LLP
P.O. Box 26268
Raleigh, NC  27611-6268

Southern Community Bank and Trust                 (Electronically)
c/o Ashley S. Rusher, Esq.
Blanco, Tackaberry, Combs &
Matamoros, PA
P.O. Drawer 25008
Winston-Salem, NC  27114-5008

Summit Fitness, Inc.                              (Electronically)
c/o Kristin Decker Ogburn, Esq.
Horack, Tally, Pharr & Lowndes, PA
Suite 2600, One Wachovia Center
301 S. College Street
Charlotte, NC  28202

Sunbelt Rentals, Inc.                             (Electronically)
c/o Connie E. Carrigan, Esq.
Smith Debnam Narron Drake
Saintsing & Myers, LLP
P.O. Box 26268
Raleigh, NC  27611-6268

Suntrust                                          (Electronically)
c/o Robert K. Imperial, Esq.
Williams Mullen
P.O. Box 1000
Raleigh, NC  27602

John W. Taylor                                      (Electronically)
John W. Taylor, PC
13777 Ballantyne Corporate Place
Suite 320
Charlotte, NC  28277-3428

Town of Harrisburg                                  (Electronically)
c/o Richard M. Koch, Esq.
Law Office of Richard M. Koch, PA
3220-201 Prosperity Church Road
Charlotte, NC  28269

Triangle V II LP                                    (Electronically)
c/o Diane P. Furr, Esq.
c/o William L. Yaeger, Esq.
Poyner & Spruill, LLP
301 S. College Street
Suite 2300
Charlotte, NC  28202

B & N Properties, LLC                               (US Mail)
c/o Smith Moore Leatherwood LLP
P.O. Box 87
Greenville, SC  29602

Capital Health Stores LP                            (US Mail)
5239 Paysphere Circle
Chicago, IL  60674

CV Bk a Division of First National                  (US Mail)
14 Williamson Road
Mooresville, NC  28117

Five Star Development                               (US Mail)
c/o Sterling Accounting
P.O. Box 1370
Cary, NC  27512

Halifax Linen                                       (US Mail)
P.O. Box 129
Roanoke Rapids, NC  27870

Knightsdale Crossings, LLC                          (US Mail)
c/o Income Properties of Raleigh, Inc.
1049 Dresser Court
Raleigh, NC  27609

Mercury Capital                                     (US Mail)
c/o Empire Properties
133 Fayetteville St., 6th Floor
Raleigh, NC  27601

| | |
|---|---|
| Red Line Holdings, LLC<br>P.O. Box 4508<br>Mooresville, NC  28117-4508 | (US Mail) |
| Robert Hanley<br>Barbara Hanley<br>521 Ocean Avenue<br>Avon-By-The-Sea, NJ  07717 | (US Mail) |
| The Markets at Cedar Ridge<br>P.O. Box 1943<br>Athens, GA  30603 | (US Mail) |
| Weatherbridge Properties, LLC<br>c/o Young Moore and Henderson, PA<br>P.O. Box 31627<br>Raleigh, NC  27622 | (US Mail) |

This the 26th day of March, 2010.

s/ Dirk W. Siegmund
Dirk W. Siegmund
NCSB #20796

**OF COUNSEL:**

**IVEY, MCCLELLAN, GATTON & TALCOTT, L.L.P.**
P.O. Box 3324
Greensboro, NC  27402-3324
Telephone: (336) 274-4658
Facsimile: (336) 274-4540