**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

IN RE:

**FITNESS MANAGEMENT GROUP, INC.**            **CASE NO. 09-31863**
                                                                                **Chapter 11**
         **Debtor.**

_____

**RESPONSE TO MOTION OF BOULEVARD INVESTMENT PROPERTIES, LLC
TO ALLOW AND COMPEL IMMEDIATE PAYMENT OF POST-PETITION
RENTS AND REQUEST FOR HEARING**

     Wayne Sigmon, liquidating trustee, by and through the undersigned counsel, hereby responds to the Motion of Boulevard Investment Properties, LLC to Allow and Compel Immediate Payment of Post-Petition Rents and objects thereto to the extent that any of the administrative claim requested by Boulevard Investment Properties, LLC might be expected to be paid from funds of the liquidating trust. The trustee also requests that a hearing be held as scheduled by the Movant in this Court for April 14, 2010 at 9:30 o'clock a.m.

Dated:_____            _____
                                                 Wayne Sigmon, Attorney for the Trustee
                                                 State Bar # 7318
                                                 Wayne Sigmon Attorney at Law PLLC
                                                 518 South New Hope Road
                                                 Gastonia, North Carolina  28054
                                                 (704) 865-6265

# CERTIFICATE OF SERVICE

      Undersigned certifies that the pleading or paper to which this certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United State Postal Service on this the _____ day of _____, 20__.

                                                  _____
                                                  Wayne Sigmon, Attorney for the Trustee

Via Electronic Notification from the Bankruptcy Court:

Linda Simpson
Bankruptcy Administrator

James Henderson
Attorney for the Debtor

Dirk Siegmund
Attorney for Boulevard Investment Properties LLC

| | | |
|---|---|---|
| T. Jonathan Adams | Nelson Glenn Harris | Diane P. Furr |
| June K. Allison | William E. Hubbard | John W. Taylor |
| Natalie Scurry Alston | Robert K. Imperail | Glenn C. Thompson |
| John T. Benjamin | Kenneth Lautenschlager | Kimberly Lea Wierzel |
| Daniel C. Bruton | Matthew T. McKee | William L. Yaeger |
| Gregory P. Chocklett | Travis W. Moon | Ashley S. Rusher |
| Hillary B. Crabtree | Kristin Decker Ogburn | N. Hunter Wyche |
| B. Chad Ewing | Phillip W. Paine | Connie E. Carrigan |
| Kiah T. Ford | K. Todd Phillips | Caren D. Enloe |

VIA FIRST CLASS MAIL:

Edward P. Bowers
Middleswarth, Bowers & Co.
219 Wilmot Drive
Gastonia, NC 28054

John H. Capitano
Kennedy Covington Lobdell & Hickman
214 North Tryon St. 47th Floor
Charlotte, NC 28202

Matthew B. Finch
Gill Elrod Ragon Owen & Sherman, P.A.
425 West Capitol Ave., Ste. 3801
Little Rock, AR 72201

Jennifer N. Fountain
Isaacson Isaascon Sheridan & Fountain
P.O. Box 1888
Greensboro, NC 27408

Gregg P. Hirsch
Assoc. General Counsel
Law Dept.
MetLife Group
1095 Avenue Of the Americas
New York, NY 10036

Russell R. Johnson
Law Firm of Russell R. Johnson III, PLLC
2258 Wheatlands Dr.
Manakin-Sabot, VA 23103

Lee A. Peindl
Mullen Holland & Cooper, P.A.
P.O. Box 488
Gastonia, NC 28053-0488

Ladd, McCall & Associates
P.O. Box 3185
Mooresville, NC 28117


Scale Finance, LLC
1310 S. Tryon St.

Charlotte, NC 28203

Michael F. Schultze
Cranford, Schultze, Tomchin and Allen PA
7257 Pineville-Matthews Rd.
Ste. 2100
Charlotte, NC 28226

Richard M. Koch
Attorney at Law
3220-201 Prosperity Church Rd.
Charlotte, NC 28269